THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY M. BENDER, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Sirkin, J.—Forgery, 2nd Degree.) Present—Callahan, J. P., Boomer, Balio, Fallon and Doerr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY FARRARE, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Connell, J.—Robbery, 1st Degree.) Present—Callahan, J. P., Boomer, Balio, Fallon and Doerr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD R. TYLER, Appellant.—Judgment unanimously affirmed. Memorandum: Contrary to defendant's contention, the Legislature did not couple the aggravating factors contained in Penal Law § 160.10 with a requirement of proof of a culpable mental state (see, People v Mitchell, 77 NY2d 624, 627). Defendant failed to preserve for appellate review his contention that his conviction, under the second count of the indictment, of robbery in the third degree, should be reversed. Further, we reject defendant's contention that his sentence is harsh and excessive. (Appeal from Judgment of Erie County Court, Rogowski, J.—Robbery, 2nd Degree.) Present—Callahan, J. P., Boomer, Balio, Fallon and Doerr, JJ.